JUDGE BUCHWALD

08 CV 02844

John Fellas
Hagit Elul
Sarah Barrett*
*application for admission pending

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
fellas@hugheshubbard.com

Attorneys for Defendants Dr. Marco Stoffel
and Lauramca Holdings, L.L.C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
MAR 18 2008
U.S.D.C. S.D N.Y.
CASHIERS

| | |
|---|---|
| VISTRA TRUST COMPANY (JERSEY) LIMITED AS TRUSTEE OF THE ALSAM; COLLEEN AND LOGANY SETTLEMENTS; COLLEEN INVESTMENT AG; ALSAM HOLDING AG; PENNY ASSET AG; LOGANY EQUITY AG; VIERWALDSTATTER BETEILIGUNGEN AG; CLARICK AG; COLLEEN INVESTMENT, L.L.C.; LOGANY, L.L.C.; AND WILLIAM TACON, RECEIVER AND MANAGER OF THE ASSETS OF MAYTOWN UNIVERSAL SA AND PLYMPTON UNIVERSAL SA,<br><br>                        Plaintiffs,<br><br>-against-<br><br>DR. MARCO STOFFEL; ALBE ASSOCIATES LIMITED; BLUECOLT SECURITIES CORPORATION; LAURAMCA HOLDINGS, L.L.C.; AND JOHN DOES 1-10,<br><br>                        Defendants. | Index No.:<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Lauramca Holdings, L.L.C. ("Lauramca"), a private non-governmental party, certifies that no corporation, parent or publicly held, owns directly or indirectly through a subsidiary more than 10% of Lauramca's stock

Lauramca has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of Lauramca's stock.

Dated:   New York, New York
         March 18, 2008

HUGHES HUBBARD & REED LLP

By: _____
    John Fellas
    Hagit M. Elul
    Sarah Barrett*
    *application for admission pending

One Battery Park Plaza
New York, New York 10004
(212) 837-6000
fellas@hugheshubbard.com

Attorneys for Defendants Dr. Marco Stoffel
and Lauramca Holdings, L.L.C.