John Fellas
Hagit Elul
Sarah Barrett*
*application for admission pending

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
fellas@hugheshubbard.com

Attorneys for Defendants Dr. Marco Stoffel
and Lauramca Holdings, L.L.C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISTRA TRUST COMPANY (JERSEY) LIMITED AS TRUSTEE OF THE ALSAM; COLLEEN AND LOGANY SETTLEMENTS; COLLEEN INVESTMENT AG; ALSAM HOLDING AG; PENNY ASSET AG; LOGANY EQUITY AG; VIERWALDSTATTER BETEILIGUNGEN AG; CLARICK AG; COLLEEN INVESTMENT, L.L.C.; LOGANY, L.L.C.; and WILLIAM TACON, RECEIVER AND MANAGER OF THE ASSETS OF MAYTOWN UNIVERSAL SA AND PLYMPTON UNIVERSAL SA,

                    Plaintiffs,

- against -

DR. MARCO STOFFEL; ALBE ASSOCIATES LIMITED; BLUECOLT SECURITIES CORPORATION; LAURAMCA HOLDINGS, L.L.C.; and JOHN DOES 1-10

                    Defendants.

Case No. 2008 CV 02844

**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS OR STAY**

---

Pursuant to Fed. R. Civ. P 7(b), defendants Dr. Marco Stoffel ("Dr. Stoffel") and Lauramca Holdings L.L.C. ("Lauramca") (collectively "Defendants") respectfully submit this Motion for Leave to Submit a Supplemental Memorandum of

Law In Further Support of their Motion To Dismiss Or Stay, along with the accompanying Declaration of John Fellas dated March 25, 2008 and Declaration of Francois Knoepfler dated March 25, 2008. The purpose of the Supplemental Memorandum and declarations is to bring to the Court's attention the March 10, 2008 decision of the Arbitration Committee of the Zurich Swiss Chamber of Commerce (the "Swiss Chambers") finding that Dr. Stoffel and Lauramca had presented *prima facie* evidence that they had entered into arbitration agreements with all the parties to this lawsuit which require arbitration in Switzerland pursuant to the Swiss Rules of International Arbitration, and referring the Notice of Arbitration to an arbitral tribunal (the "March 10 Decision"). The Swiss Chamber issued the March 10 Decision after the parties to this action completed briefing and oral argument concerning Defendants' Motion to Dismiss. As set forth in the accompanying Supplemental Memorandum and declarations, the Swiss Chambers' March 10 Decision provides further grounds for the dismissal or stay of this action.

Dated this 25th day of March, 2008.

HUGHES HUBBARD & REED LLP

By: _____
John Fellas
Hagit Elul
Sarah Barrett*

One Battery Park Plaza
New York, New York 10004
(212) 837-6000
fellas@hugheshubbard.com

*Attorney for Defendants Dr. Marco Stoffel and Lauramca Holdings, L.L.C.*

*application for admission pending