≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

VISTRA TRUST COMPANY (JERSEY) LIMITED AS TRUSTEE OF THE ALSAM,
COLLEEN, AND LOGANY SETTLEMENTS, COLLEEN INVESTMENT AG, ALSAM
HOLDING AG, PENNY ASSET AG, LOGANY EQUITY AG, VIERWALDSTATTER
BETEILIGUNGEN AG, CLARICK AG, COLLEEN INVESTMENT, L.L.C., LOGANY, L.L.C.,
and WILLIAM R. TACON, RECEIVER AND MANAGER OF THE ASSETS OF
MAYTOWN UNIVERSAL SA AND PLYMPTON UNIVERSAL SA,
                                                    Plaintiffs,

**APPEARANCE**

Case Number: 08 CV 02844

-against-

DR. MARCO STOFFEL, ALBE ASSOCIATES LIMITED, BLUECOLT SECURITIES
CORPORATION, LAURAMCA HOLDINGS, L.L.C., and JOHN DOES 1-10,
                                                    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Vistra Trust Company (Jersey) Limited, as Trustee of the Alsam, Colleen, and Logany Settlements, Colleen Investment AG, Alsam Holding AG, Penny Asset AG, Logany Equity AG, Vierwaldstatter Beteiligungen AG, Clarick AG, Colleen Investment, L.L.C., Logany, L.L.C. and William Tacon, Receiver and Manager of the assets of Marytown Universal SA and Plympton Universal SA.

I certify that I am admitted to practice in this court.

| 4/1/2008 | /s/ Scott S. Balber |
|---|---|
| Date | Signature |

| Scott S. Balber | SB-5807 |
|---|---|
| Print Name | Bar Number |

Chadbourne & Parke, LLP.  30 Rockefeller Plaza
Address

| New York | NY | 10112 |
|---|---|---|
| City | State | Zip Code |

| (212) 408-5466 | (212) 710-5466 |
|---|---|
| Phone Number | Fax Number |