UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISTRA TRUST COMPANY (JERSEY) LIMITED AS TRUSTEE OF THE ALSAM, COLLEEN, AND LOGANY SETTLEMENTS, COLLEEN INVESTMENT AG, ALSAM HOLDING AG, PENNY ASSET AG, LOGANY EQUITY AG, VIERWALDSTATTER BETEILIGUNGEN AG, CLARICK AG, COLLEEN INVESTMENT, L.L.C., LOGANY, L.L.C., and WILLIAM TACON, RECEIVER AND MANAGER OF THE ASSETS OF MAYTOWN UNIVERSAL SA AND PLYMPTON UNIVERSAL SA,

                Plaintiffs,

-against-

DR. MARCO STOFFEL, ALBE ASSOCIATES LIMITED, BLUECOLT SECURITIES CORPORATION, LAURAMCA HOLDINGS, L.L.C., and JOHN DOES 1-10

                Defendants.

Index No. 08 CV 02844

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Vistra Trust Company (Jersey) Limited ("Vistra") (a private non-governmental party) certifies that Vistra is wholly owned by Vistra Holdings Limited, a British Virgin Islands company. No publicly held company owns more than 10% of the shares of Vistra or Vistra Holdings Limited.

The undersigned counsel further certifies that Colleen Investment AG, Alsam Holding AG, Penny Asset AG, Logany Equity AG, Vierdwaldstätter Beteiligungen AG,

Clarick AG, Colleen Investment, L.L.C., Logany, L.L.C., Maytown Universal SA and Plympton Universal SA have no corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated: April 1, 2008

                                                          CHADBOURNE & PARKE LLP

                                        By  *s/ Scott S. Balber*
                                             Scott S. Balber (SB 5807)
                                             Member of the Firm
                                 Attorneys for Plaintiffs Vistra Trust Company (Jersey) Limited, Colleen Investment AG, Alsam Holding AG, Penny Asset AG, Logany Equity AG, Vierwaldstatter Beteiligungen AG, Clarick AG, Colleen Investment, L.L.C., Logany, L.L.C. and William Tacon, Receiver and Manager of the Assets of Maytown Universal SA and Plympton Universal SA
                                 30 Rockefeller Plaza
                                 New York, New York 10112
                                 Tel. (212) 408-5100
                                 sbalber@chadbourne.com