UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISTRA TRUST COMPANY (JERSEY) LIMITED AS TRUSTEE OF THE ALSAM, COLLEEN, AND LOGANY SETTLEMENTS, COLLEEN INVESTMENT AG, ALSAM HOLDING AG, PENNY ASSET AG, LOGANY EQUITY AG, VIERWALDSTATTER BETEILIGUNGEN AG, CLARICK AG, COLLEEN INVESTMENT, L.L.C., LOGANY, L.L.C., and WILLIAM R. TACON, RECEIVER AND MANAGER OF THE ASSETS OF MAYTOWN UNIVERSAL SA AND PLYMPTON UNIVERSAL SA,

　　　　　　　　　　Plaintiffs,

-against-

DR. MARCO STOFFEL, ALBE ASSOCIATES LIMITED, BLUECOLT SECURITIES CORPORATION, LAURAMCA HOLDINGS, L.L.C., and JOHN DOES 1-10,

　　　　　　　　　　Defendants.

Case No. 08 CV 02844

**NOTICE OF MOTION TO REMAND**

---

　　　　PLEASE TAKE NOTICE that, upon the annexed Declaration of Scott S. Balber, sworn to April 17, 2008, and the exhibits thereto, and the annexed Declaration of Professor Stephen Berti, sworn to April 16, 2008, and the exhibits thereto, and upon all the prior pleadings and proceedings had herein, Plaintiffs will move this Court before the Honorable Naomi R. Buchwald, on May 19, at 9:30 a.m., or as soon thereafter that counsel can be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order remanding this action to the Commercial Division of the New York Supreme Court, New York

County, pursuant to 28 U.S.C. § 1447(c) and for lack of subject matter jurisdiction, and granting Plaintiffs reasonable costs and attorneys' fees incurred as a result of removal pursuant to 28 U.S.C. § 1447(c), and such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 17, 2008

                                         CHADBOURNE & PARKE LLP

By _____
Scott S. Balber (SB-5807)
A Member of the Firm
30 Rockefeller Plaza
New York, New York 10112
Tel. (212) 408-5100
Fax (212) 541-5369
sbalber@chadbourne.com
Attorneys for Plaintiffs Vistra Trust
Company (Jersey) Limited as Trustee of the
Alsam, Colleen and Logany Settlements,
Colleen Investment AG, Alsam Holding
AG, Penny Asset AG, Logany Equity AG,
Vierwaldstatter Beteiligungen AG, Clarick
AG, Colleen Investment, L.L.C., Logany,
L.L.C., and William Tacon, Receiver and
Manager of the Assets of Maytown
Universal SA and Plympton Universal SA

To: HUGHES HUBBARD & REED LLP
Attorneys for Defendants Dr. Marco
Stoffel and Lauramca Holdings, L.L.C.
John Fellas, Esq.
One Battery Park Plaza
New York, New York 10004
(212) 837-6000