UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISTRA TRUST COMPANY (JERSEY)
LIMITED AS TRUSTEE OF THE ALSAM;
COLLEEN AND LOGANY SETTLEMENTS;
COLLEEN INVESTMENT AG; ALSAM
HOLDING AG; PENNY ASSET AG;
LOGANY EQUITY AG;
VIERWALDSTATTER BETEILIGUNGEN
AG; CLARICK AG; COLLEEN
INVESTMENT, L.L.C.; LOGANY, L.L.C.;
AND WILLIAM TACON, RECEIVER AND
MANAGER OF THE ASSETS OF
MAYTOWN UNIVERSAL SA AND
PLYMPTON UNIVERSAL SA,

                                    Plaintiffs,

            -against-

DR. MARCO STOFFEL; ALBE
ASSOCIATES LIMITED; BLUECOLT
SECURITIES CORPORATION;
LAURAMCA HOLDINGS, L.L.C.; AND
JOHN DOES 1-10,

                                    Defendants.

---

Index No.: 08 CV 02844

**DECLARATION OF
MARCO STOFFEL**

---

MARCO STOFFEL, pursuant to 28 U.S.C. § 1746, declares under penalty of

perjury as follows:

      1.     I am the defendant in the above-captioned action.  I submit this

Declaration in support of Marco Stoffel and Lauramca Holdings, LLC's Memorandum of Law In

Opposition To Plaintiffs' Motion To Remand, dated May 5, 2008.  I base this Declaration on my

personal knowledge.

2.      I have reviewed the plaintiffs' memorandum of law in which they contend that I "dominated" and "controlled" Albe Associates Limited and Bluecolt Securities Corporation.  I deny these allegations.

3.      I am not the shareholder or beneficial owner of either Albe or Bluecolt.  Nor do I have power of attorney over either of these entities.

4.      The power of attorney over both Albe and Bluecolt is held by Orconsult S.A.  Attached hereto as Exhibit 1 is a true and correct copy of the general power of attorney granted by Albe to Orconsult, dated November 7, 2000. Attached hereto as Exhibit 2 is a true and correct copy of the general power of attorney granted by Bluecolt to Orconsult, dated September 26, 2005.

5.      The shares of Albe and Bluecolt are held by the Albeag Foundation, a Lichtenstein foundation similar to an irrevocable discretionary trust under common law.

6.      Control of Albeag lies exclusively with the Trustees of that entity.  The Trustees of Albeag are Kuno Frick, Georges Philippe, Guido Banholzer and Pierre-Yves Eckard.  Attached hereto as Exhibit 3, is a true and correct copy of a public filing the Albeag Foundation filed with the Lichtenstein government authority on February 26, 1999, which confirms these four individuals as Trustees.

7.      Three of the Trustees are representatives of Orconsult:  Georges Philippe, Guido Banholzer, and Pierre-Yves Eckard.

8.      The beneficiaries of the Albeag Foundation are the Third Millennium Trust Foundation and the Borderline Personality Research Foundation.  I confirmed this to the Albeag Trustees by letter dated December 28, 2006, which states in relevant part as follows (my translation from German):

> *...I confirm, that now also the shares of the Albe Associates and the Bluecolt Securities have been brought into the Foundation, after these two companies had already held their assets for the Foundation. The assets are donations of the Blickle Family according to contracts of December 16 and 18, 1998.*
>
> *The Bluecolt Securities Panama holds an account with the VPB, and the Albe Associates BVI holds a participation in a Marriott Condominium in London.*
>
> *The beneficiaries for principal and income of the Foundation shall be the following two US foundations:*
>
> - *Third Millennium Foundation,*
> - *Borderline Personality Disorder Research Foundation.*
>
> *Type and extent of the distributions to the beneficiaries are in the free discretion of the Trustees.*

Attached hereto as Exhibit 4 is a true and correct copy of this December 28, 2006 letter.

9.    Kuno Frick, one of the Albeag Trustees, confirmed by letter dated June 29, 2007 that Albeag Foundation held the shares of Albe and Bluecolt, and acted according to the instructions of Orconsult -- the principal of Albe and Bluecolt.  This letter states in relevant part as follows (my translation from German):

> *According to confirmation of our principals, the shares of Albe and Bluecolt are the only assets of Albeag.  Our principal, Orconsult SA, Zurich will in this matter be represented by Kellerhals Hess, Zurich (Mr. Peter Schatz and Mrs. Dr. Sandra von Salis).  Therefore, we ask you to contact the latter for further instructions.*

Annexed hereto as Exhibit 5 is a true and correct copy of the June 29, 2007 letter from Mr. Frick.

10.    I refer to the Agreement on the Takeover and Administration of A Foundation which is attached as Exhibit 38 to the Balber Declaration.  Paragraph 2 of this

3

agreement states "Orconsult follows the written regulations and instructions of the customer in the legally permissible framework." I cannot exercise control over Albeag pursuant to this language; as these foundations are essentially irrevocable discretionary trusts, I cannot exercise any control over these two entities under Lichtenstein law, since control lies exclusively with the Trustees of Albeag. Indeed, I have never instructed the Trustees to take any action with respect to Albeag.

11.    Plaintiffs also rely on a document dated March 16, 2002, which is attached as Exhibit 14 to the Balber declaration. However, this document, which was prepared prior to the transfer of Albe and Bluecolt to Albeag in December 2006, makes clear that these entities are "not part of my estate."

12.    Plaintiffs also rely on a loan mortgage application dated May 21, 2007 which states that I have assets in Bluecolt Securities. These assets are related to certain loans that the Third Millennium Foundation and Borderline Personality Disorder Research Foundation granted to me from Bluecolt escrow accounts. Nothing in this application says that I control Bluecolt or its account.

13.    To the best of my knowledge, on or about, December 21, 2007 plaintiffs hand-delivered to my office one copy of the summons and complaint in this action. To my knowledge, they did not attempt to, or purport to, serve Albe or Bluecolt by delivering the summons and complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of May 2008.

_____
Marco Stoffel

4

# Exhibit 1

To Marco Stoffel Declaration, dated May 5, 2008

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That ALBE ASSOCIATES LTD.

an International Business company, organized under an pursuant to the laws of the British Virgin Islands, (hereinafter called the "Company"), does hereby constitute and appoint:

> ORCONSULT S.A.
> Wengistrasse 7, Postfach
> CH-8026 ZURICH

individually as its true and lawful attorney-in-fact and in its name, place and stead, to do any and every power that the Company might or could do and that said attorney for the Company shall deem proper and advisable, intending hereby to vest in them a full and general power of attorney, including but not limited to the following:

1. To execute, acknowledge and deliver on behalf of the Company any and all contracts, including deeds of trust, purchase agreements, options to purchase, options to sell, partnership agreements, joint venture agreements, deeds, leases, assignments of mortgages, extensions of mortgages, subordination agreements and any other instruments or agreement of any kind or nature whatsoever, upon such terms and conditions and for such consideration as such attorney shall deem necessary or advantageous for the Company.

2. To lease any real estate or personal property which the company may own or in which the company may have an interest, on such terms as such attorney shall think appropriate.

3. To ask, demand, sue for, recover and receive all manner of goods, debts, rents, interest, sums of money, and demands whatsoever, due or hereafter to become due and owing or belonging to the company and to make give and execute acquittances, receipts, releases, satisfactions or other discharges for the same, whether under seal or otherwise.

4. To take all steps and remedies necessary and proper for the conduct and management of business affairs of the Company and for the recovery, receiving, obtaining and holding possession of any lands, tenements, rents or real estate, goods and chattels, debts, interests, demands, duties, sum or sums of money

or any other things whatsoever, located anywhere, that is, are, or shall owing, belonging to or payable to the Company.

5. To open banks accounts in the name of the company with any bank and to execute any bank resolutions which may be required for that purpose and to appoint one or more signatories to that account.

6. To borrow money, sign and deliver in the name of the Company such promissory notes and other evidences of indebtedness as such attorney may deem appropriate, such loans to be obtained at such rates of interest, payable in such installments, and upon such other terms and conditions as such attorney shall deem appropriate.

7. To mortgage, pledge or otherwise encumber any real or personal property which the Company may own or in which the Company may have an interest, to secure loans made to the Company or the third persons.

This power of attorney is to extend to all acts of any kind which may be requisite and necessary to be done under the circumstances hereinabove described as fully, to all intents and purposes, as might be done by any officer or officers of the Company with full power of substitution.

In testimony whereof the sole Director, Vernon Emmanuel Salazar, has caused this power of attorney to be duly executed this 7th November 2000.

SIGNED, SEALED AND DELIVERED

By Vernon Emmanuel Salazar - Director

ALBE ASSOCIATES
DD

In presence of:

Julio Antonio Quijano Bethcy

# Exhibit 2

To Marco Stoffel Declaration, dated May 5, 2008



NOTARIA CUARTA DEL CIRCUITO DE PANAMA

Mercantile Section of the Public Registry, in my capacity as President of the said corporation and duly authorized to such effect by resolution adopted at an extraordinary meeting of the Board of Directors of the corporation held on September 26, 2005, hereby appoint ORCONSULT S.A., domiciled at Wengistrasse 7, 8004 Zurich, Switzerland, as General Attorney of the corporation. ————————————————————

The Attorney is hereby expressly empowered and duly authorized to plan, agree and carry out for and on behalf of the corporation, all such acts and businesses as in its opinion may be convenient for the good conduct of the affairs of the corporation, including acts of strict domain, without requiring any additional prior authorization by the Board of Directors nor any a posteriori ratification. ————————————————————

Among those acts, which the Attorney may perform, there are the following: ——————

ONE: To buy, sell, lease, gratuitously or onerously to assign, to mortgage, pledge, exchange, deliver or receive any assets of the corporation. ————————————————

TWO: For and on behalf of the corporation, to enter into contracts with natural or juridical persons. ————————————————————

THREE: To claim any real or personal right that the corporation may have vis-à-vis third parties, and in such cases to represent the corporation, either directly or through attorneys before Panamanian or foreign authorities or before third parties against which the claim may be directed or who may have an interest in it for any reason whatsoever. ——————

FOUR: To open and manage bank accounts in the name of the corporation in any country, and to sign payment orders or checks or letters of credit against said accounts. ————————

FIVE: To appoint those agents whom it may deem convenient, as well as any other subordinate personnel, and to determine salaries and pay commissions. ————————

SIX: To substitute all or part of the powers conferred upon it by this Power of Attorney, by public or private act. ————————————————————

SEVEN: To perform any ordinary or extraordinary act of administration that in its opinion, may be convenient for the corporation, including acts of strict domain. ——————

EIGHT: The foregoing powers do not constitute any limitation, and the Attorney shall have the power to do any act for and on behalf of the corporation. ————————————

Panama, Republic of Panama, on the twenty-sixth (26th) day of the month of September of

two thousand five (2005).

(Sgd.) Vernon Emmanuel Salazar Zurita

BLUECOLT SECURITIES CORP.

VERNON EMMANUEL SALAZAR ZURITA

President

BLUECOLT SECURITIES CORP.

An extraordinary meeting of the Board of Directors of this corporation was held on the third floor of the Salduba Building, located at East 53rd Street, Obarrio Urbanization, Panama City, Republic of Panama, today, September 26, 2005, at 1:30 p.m.

There were present Messrs. Vernon Emmanuel Salazar Zurita, Lilia Judith Tovar De León and Delio José De León Mela, who constitute the totality of the Board of Directors. It was agreed to hold this meeting, waiving the previous notice.

Mr. Vernon Emmanuel Salazar Zurita, President of the corporation, chaired the meeting, and the Secretary, Miss Lilia Judith Tovar De León, drew up the minutes.

It was approved to authorize the President to appear before a notary public and appoint ORCONSULT S.A., domiciled at Wengistrasse 7, 8004 Zurich, Switzerland, as General Attorney for BLUECOLT SECURITIES CORP., whom he shall expressly empower and authorize to plan, agree and carry out, for and on behalf of the corporation, all such acts and businesses as in its opinion may be convenient for the good conduct of the affairs of the corporation, including acts of strict domain, without requiring any additional prior authorization by the Board of Directors nor any a posteriori ratification.

Among those acts, which the Attorney may perform, there are the following:

ONE: · To buy, sell, lease, gratuitously or onerously to assign, to mortgage, pledge, exchange, deliver or receive any assets of the corporation.

TWO: For and on behalf of the corporation, to enter into contracts with natural or juridical persons.

THREE: To claim any real or personal right that the corporation may have vis-à-vis third parties, and in such cases to represent the corporation, either directly or through attorneys before Panamanian or foreign authorities or before third parties against which the claim may be directed or who may have an interest in it for any reason whatsoever.

 

NOTARIA CUARTA DEL CIRCUITO DE PANAMA

FOUR: To open and manage bank accounts in the name of the corporation in any country, and to sign payment orders or checks or letters of credit against said accounts. ————

FIVE: To appoint those agents whom it may deem convenient, as well as any other subordinate personnel, and to determine salaries and pay commissions. ————

SIX: To substitute all or part of the powers conferred upon it by this Power of Attorney, by public or private act. ————

SEVEN: To perform any ordinary or extraordinary act of administration that in its opinion, may be convenient for the corporation, including acts of strict domain. ————

EIGHT: The foregoing powers do not constitute any limitation, and the Attorney shall have the power to do any act for and on behalf of the corporation. ————

There being no further matters to be dealt with, the President declared the meeting adjourned. ————

(Sgd.) Vernon Emmanuel Salazar Zurita ————

(Sgd.) Lilia Judith Tovar De León ————

(Sgd.) Delio José De León Mela ————

———————————— CERTIFICATION ————————————

This is a true copy of the original that has been transcribed in the Book of Minutes. ————

———————————— (Sgd.) Lilia Judith Tovar De León ————

———————————— LILIA JUDITH TOVAR DE LEÓN ————

———————————— Secretary ————————————

THE FOREGOING IS A TRUE TRANSLATION OF THE ORIGINAL DOCUMENT IN SPANISH, WHICH WAS PRESENTED TO ME. ————

Panama, September 27, 2005 ————

(sgd.) Loyda de Candanedo ———— Loyda Vianeth de Candanedo ———— Authorized Public Translator ————

Concuerda con su original esta copia que expido, sello y firmo, en la Ciudad de Panamá, a los veintisiete (27) días del mes de septiembre del año dos mil cinco (2005).

**REPUBLICA DE PANAMA**

**REGISTRO PUBLICO DE PANAMA**    No.110154

PAG.    1
// ELQUI    //

C E R T I F I C A

CON VISTA A LA SOLICITUD  922342

------- QUE LA SOCIEDAD : -------------

LUNCOLT SECURITIES CORP.
ENCUENTRA REGISTRADA LA FICHA    450921 DOC.    595987
SDE EL VEINTICINCO DE MARZO DE DOS MIL CUATRO ,
QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

QUE SUS DIRECTORES SON:
1° 4 VERNON EMMANUEL SALAZAR ZURITA
2° 3 LILIA JUDITH TOVAR DE LEON
3° 3 DELIO JOSE DE LEON MELA.

QUE SUS DIGNATARIOS SON:
PRESIDENTE                       : VERNON EMMANUEL SALAZAR ZURITA
TESORERO                         : DELIO JOSE DE LEON MELA
SECRETARIO                       : LILIA JUDITH TOVAR DE LEON

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE PANAMA , EL VEINTISEIS  DE SEPTIEMBRE
DEL DOS MIL CINCO  A LAS 12:09:43 P.M.

OTA: ESTA CERTIFICACION PAGO DERECHOS
     POR UN VALOR DE B/.    30.00
     COMPROBANTE NO.  922342.
     NO. CERTIFICADO: S. ANONIMA - 701351          LUIS CHEN
     FECHA LUNES 26, Septiembre DE 2005          CERTIFICADOR
     ELQUI:...::

TRANSLATION

No. 110154

REPUBLIC OF PANAMA
PUBLIC REGISTRY OF PANAMA

PAG: 1
// ELQUI //

CERTIFIES:
CONSIDERING REQUEST: 922342

-------------------- THAT THE CORPORATION --------------------
BLUECOLT SECURITIES CORP.
APPEARS REGISTERED UNDER NUMBER: 450821,   DOCUMENT: 595887, AS FROM THE
TWENTY-FIFTH OF MARCH OF TWO THOUSAND FOUR,

THAT THE CORPORATION IS IN GOOD STANDING

THAT ITS DIRECTORS ARE:

1)  VERNON EMMANUEL SALAZAR ZURITA
2)  LILIA JUDITH TOVAR DE LEON
3)  DELIO JOSE DE LEON MELA

THAT ITS OFFICERS ARE:

PRESIDENT:                    VERNON EMMANUEL SALAZAR ZURITA
TREASURER:                    DELIO JOSE DE LEON MELA
SECRETARY:                    LILIA JUDITH TOVAR DE LEON

ISSUED AND SIGNED IN THE PROVINCE OF PANAMA, ON THE TWENTY-SIXTH OF
SEPTEMBER OF TWO THOUSAND FIVE, AT 12:09:43 P.M.

NOTE: PAYMENT FOR DUES
      FOR THIS CERTIFICATE HAS BEEN
      MADE IN THE SUM OF B/.30.00
      RECEIPT NO.: 922342
      CERTIFICATE No.: CORPORATION - 701551
      DATE: Monday, September 26, 2005
      // ELQUI //

                              (Signed) Illegible
                              LUIS CHEN
                              CERTIFIER

(SEAL: PUBLIC REGISTRY OF PANAMA)

--------------------------------------------------------------------
THE FOREGOING IS A TRUE TRANSLATION OF THE ORIGINAL DOCUMENT WHICH WAS
PRESENTED TO ME.
Panama, September 30, 2005

# Exhibit 3

To Marco Stoffel Declaration, dated May 5, 2008

# B E S T A E T I G U N G

Hiermit wird die Errichtung und ordnungsgemässe Hinterlegung der Firma

## ALBEAG FOUNDATION

mit dem Sitz in Balzers/Liechtenstein bestätigt.

Aus den hinterlegten Akten ergeben sich folgende Daten:

| | |
|---|---|
| **Datum der Errichtung:** | 14. Dezember 1992 |
| **Wortlaut der Firma:** | ALBEAG FOUNDATION |
| **Sitz:** | Balzers |
| **Zweck:** | Verwaltung des Stiftungsvermögens, dessen Anlage und Verwendung für bestimmte Destinatäre sowie Beteiligung an anderen Unternehmen zwecks Unterhalt und Ausbildung. |
| **Stiftungsfonds:** | CHF 30'000.-- |
| **Stiftungsrat:** | ein oder mehrere Mitglieder. Stiftungsräte mit Kollektivzeichnungsrecht zu zweien: |
| | - Guido Banholzer, Bürgliweg 15, CH-8805 Richterswil; |
| | - Kuno Frick, Kreuzstrasse 8, FL-9496 Balzers; |
| | - Eduardo Jose Varela Carrera, Alte Landstrasse 152, CH-8700 Küsnacht; |
| | - Georges Philippe, Rheinhaldenstr. 10, CH-8200 Schaffhausen. |
| **Repräsentant:** | TTA Trevisa-Treuhand-Anstalt, Landstr. 8, 9496 Balzers. |

DIE RICHTIGKEIT DIESER ANGABEN WIRD AMTLICH BESTÄTIGT:

VADUZ, AM   26. FEB 1999

## ERRICHTUNGS – URKUNDE

Die TTA Trevisa-Treuhand-Anstalt, Balzers 938, errichtet hiermit fidu-
ziarisch im Sinne von Art. 552 ff des liechtensteinischen Personen- und
Gesellschaftsrechtes vom 20. Januar 1926 die

## A L B E A G  FOUNDATION

mit Sitz in Balzers.

Der Stiftung wird ein voll einbezahltes Stiftungsvermögen von sFr. 30'000.—
(Schweizer Franken dreissigtausend genau) gewidmet und in sie eingebracht.

Für diese Stiftung gelten die angeschlossenen Statuten vom 14. Dezember 1992,
die als integrierender Bestandteil dieser Urkunde erklärt werden.

Zu Mitgliedern des Stiftungsrates - mit Kollektivzeichnungsrecht zu zweien -
werden bestellt:

- Herr Kuno Frick, Kreuzstr. 471, FL-9496 Balzers;

- Herr Georges Philippe, Rheinhaldenstr. 10, 8200 Schaffhausen;

- Herr Guido Banholzer, Bürgliweg 15, 8805 Richterswil;

- Herr Pierre-Yves Eckard, Fuhrstrasse 17, 8135 Langnau a.A.

Zur Repräsentantin wird bestellt:

- TTA Trevisa-Treuhand-Anstalt, Balzers 938.

Die ALBEAG FOUNDATION, Balzers, wird als nicht-eingetragene
Stiftung errichtet.

Die TTA Trevisa-Treuhand-Anstalt, Balzers 938, hat sie im Sinne von
Art. 552 PGR dem Registeramte anzumelden.

FL-9496 Balzers, am 14. Dezember 1992

Die fiduziarische Stifterin:

TTA Trevisa-Treuhand-Anstalt

Y. Nägele

1 6. DEZ 1992

# Exhibit 4

To Marco Stoffel Declaration, dated May 5, 2008

## DR. MARCO STOFFEL

Zürich:
Höhenstrasse 42
CH-8700 Küsnacht
Telephone: (41) 44 253 6373
Facsimile:  (41) 44 253 6374
E-Mail: Stoffel@cyberlink.ch

New York:
340 West 12ᵗʰ Street
New York, N.Y.  10014
Telephone: (212)  421 52 44
Facsimile:  (212)  937 1956
E-Mail: Stoffelusa@aol.com

Stiftungsrat

Albeag Foundation

Balzers, FL

28. Dezember 2006

Sehr geehrte Herren Stiftungsraete

Bezugnehmend auf den Mandatsvertrag mit Orconsult SA bestaetige ich, dass nun auch noch die Aktien der Albe Associates und der Bluecolt Securities in die Stiftung eingebracht wurden, nachdem diese beiden Gesellschaften schon vorher deren Vermoegenswerte fuer die Stiftung gehalten hatten. Die Vermoegen sind Schenkungen einer Familie Blickle gemaess Vertraegen vom 16. und 18. Dezember 1998.

Die Bluecolt Securities Panama haelt ein Konto bei der VPB, und die Albe Associates BVI haelt eine Beteiligung an einem Marriott Condominium in London.

Die Destinataere fuer Kapital und Einkommen der Stiftung sollen die folgenden beiden US Stiftungen sein:
- Third Millennium Foundation,
- Borderline Personality Disorder Research Foundation.

Art und Umfang der von Zuwendungen an die Beguenstigten stehen im freien Ermessen des Stiftungsrates.

Mit freundlichen Gruessen

# Exhibit 5

To Marco Stoffel Declaration, dated May 5, 2008

# TREVISA-TREUHAND-ANSTALT
# &
# TREBONA-ANSTALT
VERWALTUNGS- UND TREUHANDBÜREAU

TTA Trevisa-Treuhand-Anstalt
Landstrasse 8 · FL-9496 Balzers

TREBONA-ANSTALT
Landstrasse 8
FL-9496 Balzers

Telefon    00423 / 388 15 15
Telefax    00423 / 388 15 30
E-mail     trevisa@tta.li

MWST-Nr. 51243

Datum:    29. Juni 2007 kfs

TTA – Postfach 163 · FL-9496 Balzers

Advokaturbüro
Batliner Wanger Batliner
Am Schrägen Weg 2
9490 Vaduz

> EINGEGANGEN
> 03. Juli 2007
> BATLINER WANGER BATLINER
> Rechtsanwälte

**ALBEAG Foundation**

Sehr geehrter Herr Dr. Wanger

Anschliessend an Ihr Schreiben vom 13.06.07 und unsere telefonischen Unterredungen erhalten Sie anbei folgende Unterlagen:

1. Kopie der Statuten der Albeag Foundation
2. Kopie des Certificate of Good Standing der Albe Associates Limited vom 17.12.2001 (underlying company der Albeag)
3. Kopie HR-Auszug der Bluecolt Securities Corp. vom 26.09.2005 (underlying company der Albeag)
4. Bewertung der Albe Associates Ltd per 21.06.2007
5. Bewertung der Bluecolt Corp. per 21.05.2207

Laut Bestätigung unserer Auftraggeberin sind die Beteiligungen der Alba und Bluecolt die einzigen Aktiven der Albeag.

Unsere Auftraggeberin, die ORCONSULT SA, Zürich, wird in dieser Angelegenheit durch die Rechtsanwaltskanzlei Kellerhals Hess, Zürich (Herr lic. iur. Peter Schatz und Frau Dr. Sandra von Salis) vertreten. Wir bitten Sie deshalb, sich für allfällige weitere Fragen direkt an Letztere zu wenden.

Mit freundlichen Grüssen

TTA Trevisa-Treuhand-Anstalt

Kuno Frick sen.    Yvonne Nägele

Beilagen erwähnt

CC: - ORCONSULT SA, Zürich
    - Kellerhals Hess (Z. Hd. v. Herrn lic. iur. Peter Schatz / Frau Dr. Sandra von Salis)

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Defendants' Opposition to Plaintiffs' Motion to Remand; the Declaration of John Fellas, Esq. in Support Thereof, with accompanying exhibits; and the Declaration of Dr. Marco Stoffel in Support Thereof, with accompanying exhibits, to be served by First Class Mail and by electronic means via ECF to the following:

Scott Balber, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Martin Murray, Esq.
475 Park Avenue South
25th Floor
New York, NY 10016
*Attorneys for Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 5, 2008
New York, New York

_____
Hagit Elul

60279314_1.DOC