UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VISTRA TRUST COMPANY (JERSEY) LIMITED AS
TRUSTEE OF THE ALSAM; COLLEEN AND LOGANY
SETTLEMENTS; COLLEEN INVESTMENT AG; ALSAM
HOLDING AG; PENNY ASSET AG; LOGANY EQUITY
AG; VIERWALDSTATTER BETEILIGUNGEN AG;
CLARICK AG; COLLEEN INVESTMENT, L.L.C.;
LOGANY L.L.C.; and WILLIAM TACON, Receiver
and Manager of the assets of Maytown
Universal SA and Plympton Universal SA,

                 Plaintiffs,        O R D E R

      - against -            08 Civ. 2844 (NRB)

DR. MARCO STOFFEL; ALBE ASSOCIATES
LIMITED; BLUECOLT SECURITIES CORPORATION;
LAURAMCA HOLDINGS, L.L.C.; and JOHN DOES
1-10,
                 Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiffs filed confidential information in their Motion to Remand, and defendants have requested that such information be purged from the record; and

    **WHEREAS** both parties consent to the redaction; it is hereby

    **ORDERED** that Attachment #2 to Document 13 be purged from ECF, and plaintiffs are allowed to submit a redacted version of the same documents within 10 days of the date of this order.

Dated:    New York, New York
           May 22, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE